27 F.3d 567
 146 L.R.R.M. (BNA) 2832
 NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
NATIONAL LABOR RELATIONS BOARD Petitioner,
v.
Trojan Mining and Processing, Inc. Respondent.
 No. 93-6571.
 United States Court of Appeals, Sixth Circuit.
 June 15, 1994.
 
 Before: MARTIN and BOGGS, Circuit Judges; and KRUPANSKY, Senior Circuit judge.
 
 JUDGMENT
 
 1
 Pursuant to Rule 15(b), Fed.R.App.P., this court entered an order on May 10, 1993, granting enforcement, by default, of the December 9, 1992, decision and order of the National Labor Relations Board (the "Board") in Case No. 9-CA-29243. NLRB v. Trojan Mining and Processing, Inc., No. 93-5282 (6th Cir. May 10, 1993) (unpublished judgment). The Board now applies for summary enforcement of its supplemental order setting forth the amounts of benefits due each employee under the terms of the judgment of enforcement. The trustee for the now bankrupt respondent has responded by stating she will not be entering an appearance in this proceeding or otherwise taking any other action to oppose enforcement of the Board's supplemental order. Upon consideration, and for the reasons stated in our prior order of May 10, 1993, we conclude the Board is entitled to enforcement of its supplemental order.
 
 
 2
 It therefore is ORDERED that the Board's application for summary enforcement is granted and that the respondent, Trojan Mining and Processing, Inc., Ashcamp, Kentucky, its officers, agents, successors, and assigns, shall make whole the employees and the Union, by paying the amounts set forth below, with interest on the backpay owed the employees, to be computed in the manner prescribed in New Horizons for the Retarded, 283 N.L.R.B. 1173 (1987), less any tax withholdings required by federal and state law:
 
 
 3
 DAILY WAGE REGULAR FLOATING MEDICAL TOTAL
 NAME RATE VACATION DAYS EXPENSES AMOUNT[1]
----------------------- ---------- -------- -------- --------- -----------
Ray Adams 124.38 870.66 497.52 $1,368.18
James Addington 124.38 -- 310.95 310.95
Roger Addington 132.92 930.44 531.68 1,462.12
Paul R. Adkins 124.38 870.66 497.52 1,368.18
Alfred Amburgy 124.38 -- 310.95 310.95
Ruben Anderson 118.32 828.24 473.28 1,301.52
Franklin Austin 132.92 930.44 531.68 801.85 2,263.97
Joe Baker 126.94 -- 316.85 316.85
Samuel M. Baker 118.32 828.24 473.28 1,301.52
Samuel Baker, Jr. 132.92 930.44 531.68 1,462.12
Stewart Baldridge 132.92 930.44 531.68 1,462.12
Kelly Ballou 124.38 497.52 373.14 870.66
Estil Bartley 132.92 930.44 531.68 1,462.12
Randall Bartley 129.68 907.76 518.72 1,426.48
Jerry Belcher 132.92 930.44 531.68 1,462.12
Con Bentley 132.92 930.44 531.68 1,462.12
Don Bentley 132.92 930.44 531.68 1,462.12
Estil Bentley 132.92 -- 332.30 332.30
Jasper Bentley 118.32 828.24 473.28 1,301.52
Raymond Bentley 132.92 930.44 531.68 1,462.12
Ted Bentley 124.38 870.66 497.52 1,368.18
Teddy Bentley 118.32 828.24 473.28 1,301.52
Thomas L. Bentley 132.92 -- 265.84 265.84
George E. Bevins 129.68 907.76 518.72 1,426.48
Jackie Bishop 132.92 930.44 531.68 1,462.12
Estil Bowens 124.38 870.66 497.52 1,368.18
Billy Bowling 115.69 809.83 462.76 1,272.59
Junus Bowling 132.92 930.44 531.68 1,462.12
Robert Bowling 132.92 930.44 531.68 1,462.12
James Boyd 120.09 840.63 480.36 1,320.99
Gary L. Branham 132.92 930.44 531.68 1,462.12
Randall Branham 132.92 930.44 531.68 1,462.12
David P. Brown 124.38 870.66 497.52 1,368.18
James E. Brown 132.92 930.44 531.68 1,462.12
James H. Butler 126.74 506.96 168.94 675.90
Frank Campbell 132.92 930.44 531.68 1,462.12
Alvis Cantrell 118.32 828.24 473.28 1,301.52
Billy D. Cantrell 126.74 760.44 253.48 1,013.92
Henry Cantrell 118.32 473.28 354.96 828.24
Robert E. Cantrell 129.68 907.76 518.72 1,426.48
Roy Cantrell 132.92 930.44 531.68 1,462.12
Elza Case 129.68 907.76 518.72 1,426.48
Norman Caudill 132.92 930.44 531.68 1,462.12
Clay Charles 118.32 828.24 473.28 1,301.52
Michael C. Chavis 132.92 930.44 531.68 1,462.12
Billy R. Childers 120.09 840.63 480.36 1,320.99
Lorenza W. Childress 120.09 840.63 480.36 1,320.99
Wilson Childress, Jr. 124.96 874.72 499.84 1,374.56
Danny J. Coleman 124.38 870.66 497.52 1,368.18
Freddy Coleman 124.38 870.66 497.52 1,368.18
Ival Coleman 132.92 930.44 531.66 1,462.12
Thomas C. Culbertson 118.32 828.24 473.28 1,301.52
Arvel Damron 124.38 -- 310.95 310.95
David Damron 132.92 930.44 531.68 1,462.12
George C. Damron 132.92 664.60 220.65 885.25
Oscar Damron 124.38 870.66 497.52 1,368.18
Larry Davidson 132.92 930.44 531.68 1,462.12
Charles S. DePriest 124.38 870.66 497.52 1,368.18
Laurence Dorton 132.92 -- 332.30 332.30
Harvey Elkins 118.32 828.24 473.28 1,301.52
Jimmie England 118.32 828.24 473.28 1,301.52
Jerry Estep 118.32 828.24 473.28 1,301.52
Danny Fleming 126.74 380.22 316.85 697.07
Hershel Fleming 132.92 930.44 531.68 1,462.12
James M. Fleming 132.92 930.44 531.68 1,462.12
Maxwell Fleming 124.38 -- 310.95 310.95
Wilson Fleming 132.92 930.44 531.68 1,462.12
Robie C. Gallion 115.69 809.83 462.76 1,272.59
Stanley Gibson 126.74 887.18 506.96 1,394.14
Roger N. Gilliam 132.92 930.44 531.68 1,462.12
Osie Goodgame, Jr. 118.32 - 236.64 236.64
Danny Hall 124.38 870.66 497.52 1,368.18
Paul E. Hall 132.92 930.44 531.68 1,462.12
Paul Hampton 132.92 930.44 531.68 1,462.12
James Haney 132.92 930.44 531.68 1,462.12
Kenneth R. Harvey 132.92 664.60 265.84 930.44
Vernon L. Hiatt 118.32 828.24 473.28 1,301.52
Stephen Hurley 132.92 930.44 531.68 1,462.12
Danny Hurst 132.92 930.44 531.68 1,462.12
Billy R. Hylton 124.38 746.28 248.76 995.04
Charles E. Johnson 129.68 518.72 259.36 778.08
Elijah Johnson 132.92 930.44 531.68 1,462.12
Estill Johnson 124.38 870.66 497.52 1,368.18
George A. Johnson 124.38 -- 165.80 165.80
Gerald Johnson 118.32 -- 295.80 295.80
Jacob Johnson 124.38 -- 310.95 310.95
Roger D. Johnson 132.92 930.44 531.68 1,462.12
W.D. Johnson 124.38 497.52 435.33 932.85
Larry Justice 124.38 870.66 497.52 1,368.18
Carson Kelly 132.92 930.44 531.68 1,462.12
Dolph Kelly 129.68 907.76 518.72 1,426.48
Rudy Kelly 132.92 531.68 465.22 996.90
Alfred D. Kendrick 132.92 797.52 265.84 1,063.36
Gary Kendrick 132.92 930.44 531.68 1,462.12
Shannon L. Kilgore 126.74 887.18 506.96 1,394.14
Jerry Kirby 118.32 828.24 473.28 1,301.52
Garret L. Little 124.38 -- 373.14 373.14
Eugene Lucas 132.92 930.44 531.68 1,462.12
Donald Maynard 126.74 887.18 506.96 1,394.14
Richard McCown 124.38 497.52 186.57 684.09
George D. McHone 124.38 870.66 248.76 1,194.20
Charles F. Meade 132.92 930.44 531.68 1,462.12
Danny H. Meade 126.74 887.18 506.96 1,394.14
William A. Moody 132.92 930.44 531.68 1,462.12
Guy Moore 132.92 930.44 531.68 1,462.12
Robert E. Morgan 118.32 828.24 473.28 1,301.52
Bill Mullins 132.92 930.44 531.68 1,462.12
Billy C. Mullins 132.92 930.44 531.68 1,462.12
Danny Mullins 124.96 874.72 499.84 1,374.56
David Mullins 132.92 531.68 177.18 708.86
James R. Mullins 132.92 930.44 531.68 1,462.12
Kenneth Mullins 124.38 497.52 373.14 870.66
Kenneth E. Mullins 124.38 870.66 497.52 1,368.18
Lonnie G. Mullins 118.32 828.24 473.28 1,301.52
Paul Mullins 118.32 828.24 473.28 1,301.52
Randall B. Mullins 132.92 930.44 531.68 1,462.12
Randy Mullins 132.92 -- 332.30 332.30
Teddy R. Mullins 116.27 813.89 465.08 1,278.97
Tracy L. Newsom 118.32 828.24 473.28 1,301.52
Charles S. Noble 132.92 930.44 531.68 1,462.12
Ben Owens 115.69 809.83 462.76 1,272.59
Bruce Polly 124.38 870.66 497.52 1,368.18
Rex Polly 124.38 746.28 248.76 995.04
Edward Quinn 124.38 497.52 373.14 870.66
Dranham Ramey 124.38 870.66 497.52 1,368.18
Kimmie Ramey 132.92 - 332.30 332.30
Giles M. Rasnick 120.09 840.63 480.36 1,320.99
Andy Roberts 132.92 930.44 531.68 1,462.12
Joseph Roberts 126.74 506.96 380.22 887.18
Jack D. Rogers 120.09 840.63 480.36 1,320.99
Billy R. Rose 132.92 930.44 531.68 1,462.12
Jerry Rose 132.92 930.44 531.68 1,462.12
Kirby Rose 132.92 930.44 531.68 1,462.12
Roger D. Rose 129.68 907.76 518.72 830.32 2,256.80
Ronnie Rose 124.38 870.66 497.52 1,368.18
William D. Rose 129.68 907.76 518.72 1,426.48
Billy O. Rowe 132.92 930.44 531.68 1,462.12
Eldeen Sawyers 118.32 828.24 473.28 1,301.52
Brenton Sexton 115.69 809.83 462.76 1,272.59
Kenneth R. Sexton 132.92 930.44 531.68 1,462.12
Trevia Sexton 124.38-- 310.95 310.95
Wade Sexton 118.32 828.24 473.28 1,301.52
James A. Shelton, Jr. 126.74 887.18 506.96 1,394.14
Bobby E. Simpson 115.69 462.76 462.76 925.52
Larry Simpson 124.38 870.66 497.52 1,368.18
Bobby R. Slone 132.92 930.44 531.68 1,462.12
Leo Slone 118.32 828.24 473.28 1,301.52
David Smallwood 132.92 930.44 531.68 1,462.12
Jimmy Spangler 118.32 828.24 473.28 1,301.52
Donnie E. Standifer 132.92 930.44 531.68 1,462.12
Dan H. Stanley 118.32 828.24 473.28 1,301.52
Gene A. Stanley 132.92 930.44 531.68 1,462.12
James R. Stapleton 124.38 870.66 497.52 1,368.18
Danny C. Stewert 132.92 930.44 531.68 1,462.12
Estil W. Stewart 132.92 930.44 531.68 1,462.12
Howard Stone 132.92 930.44 531.68 1,462.12
Dewey Sturgill, Jr. 115.69 809.83 462.76 1,272.59
Curtis R. Swiney 118.32 828.24 473.28 1,301.52
Goebel Swiney 115.69 809.83 462.76 1,272.59
Johnny R. Swiney 126.74 -- 316.85 316.85
David Tackett 124.38 870.66 497.52 1,368.18
Lavon Tackett 132.92 930.44 531.68 1,462.12
Lucious J. Thompson 132.92 930.44 531.68 1,462.12
Larry Joe Vanover 132.92 930.44 531.68 1,462.12
Verlon Vanover 124.38 870.66 497.52 1,368.18
Joey Walker 132.92 -- 332.30 332.30
Joffrey Wallace 132.92 930.44 531.68 1,462.12
Keithel White 132.92 -- 332.30 332.30
Eugene Williams, Jr. 126.74 887.18 506.96 1,394.14
Jerry Williams 132.92 930.44 531.68 1,462.12
Charles Harold Winchell 118.32 828.24 473.28 1,301.52
Jerry Workman 132.92 -- 332.30 332.30
Gary W. Wright 132.92 -- 332.30 332.30
Gary W. Wright 132.92 -- 332.30 332.30
Jackie R. Wright 132.92 930.44 531.68 1,462.12
Jackie W. Wright 118.32 -- 295.80 295.80
Leonard Wright 132.92 930.44 531.68 1,462.12
Nolen Wright 118.32 828.24 473.28 1,301.52
Russell Wyatt 132.92 930.44 531.68 1,462.12
Richard N. Yonts 132.92 930.44 531.68 1,462.12
 -----------
 TOTAL: $219,740.11
 
 
 
 [1]
 The medical expenses claimed herein are based on figures heretofore provided by the discriminatee/employee or health care provider. The medical expenses claimed may be subsequently revised and this compliance specification amended as more complete, detailed and accurate descriptions of contractual medical benefits are available and if additional bills and figures are obtained